**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| | : |
| DANA LEON MARTIN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

Case No.: 7:23-CR-12 (WLS-TQL-1)

## <u>ORDER</u>

Before the Court is a Motion to Continue in the Interest of Justice (Doc. 21) submitted by the Defendant Martin on August 17, 2023. Therein, Defendant requests the Court to continue both pretrial conference that is currently set for September 5, 2023, and trial set for September 25, 2023, and requests that the case to be continued to the next available Valdosta trial term. (*Id.*) Defense Counsel states that the Government's discovery was received in late July but has not had the opportunity to review it with Defendant or investigate the matters with Defendant to determine the next steps. (*Id.*) Defense Counsel also states that the Government does not oppose the instant Motion. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion to Continue in the Interest of Justice (Doc. 25) is **GRANTED**. The pretrial conference set for September 5, 2023, is **CANCELED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November trial term beginning on November 6, 2023, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __21st__ day of August 2023.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**